

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-16-00662-CV

Melissa **FUENTES**, Individually, and as Next Friend of Victor Robert Fuentes and Isabella Elaine Fuentes, Minors,
Appellants

v.

**TEXAS MUTUAL INSURANCE CO,**
Appellees

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file motion for rehearing is granted. Time is extended to December 18, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court